# Unclaimed Funds
Entered 2/7/2020 to 2/7/2020

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 14-14030 -jeb  19429258 | MERRICK BANK  Resurgent Capital Services  PO Box 10368  Greenville, SC 29603-0368  29603-0368 | 2.93 | 02/07/2020 |
| 14-14257 -jeb  19392816 | John Deere Financial  c/o Kream & Kream  536 Broad Street, Suite 5  East Weymouth, MA 02189  02189 | 254.51 | 02/07/2020 |
| 14-15531 -fjb  19482996 | Synchrony Bank  c/o Recovery Management Systems Corp  25 SE 2nd Ave Suite 1120  Miami FL 33131-1605  33131-1605 | 83.77 | 02/07/2020 |
| 14-15830 -fjb  19471029 | Rockland Trust Company  P.O. Box 32  Middleboro, MA 02346  02346 | 62.38 | 02/07/2020 |
| 15-10263 -fjb  20457184 | MICHAEL DASH, ESQ.  88 TREMONT ST, SUITE 708  BOSTON, MA 02108  02108 | 111.99 | 02/07/2020 |
| 15-14772 -msh  20457171 | HELEN JONES  P.O. BOX 366337  HYDE PARK, MA 02136  02136 | 3,571.28 | 02/07/2020 |
| 16-11674 -msh  20417551 | PAUL DUNCAN  22 FEARLESS AVE  LYNN, MA 01902  01902 | 75.00 | 02/07/2020 |
| | | 4.00 | 02/07/2020 |

| Case | Name / Address | Amount | Date |
|---|---|---|---|
| 16-13489 -msh<br>20457173 | AMY O'MALLEY<br>5 WOODLAND AVE<br>PLYMOUTH, MA 02360<br>02360 | | |
| 18-14388 -fjb<br>20457180 | DENNIS ORTEGA<br>1366 WASHINGTON ST<br>EAST BRIDGEWATER, MA 02333<br>02333 | 1,274.86 | 02/07/2020 |
| 18-14485 -msh<br>20457181 | PATRICK HAGAN<br>169 COCHITUATE RD<br>WAYLAND, MA 01778<br>01778 | 5,574.24 | 02/07/2020 |
| 19-11753 -msh<br>20457182 | LAUREDA PHILIPPE<br>1604 IRVING RD<br>RANDOLPH,MA 02368<br>02368 | 93.00 | 02/07/2020 |
| 19-11881 -jeb<br>20457183 | CHRISTOPHER SCHULTZ<br>60 OLD SAILORS WAY<br>SO. DENNIS, MA 02660<br>02660 | 532.35 | 02/07/2020 |

**Grand Total: 11,640.31**